| | |
|---|---|
| Frank J. Dykas (ISB #1777) | Edward W. Goldstein (Texas Bar No. 08099500) |
| *Email: frank@dykaslaw.com* | *Email: egoldstein@gfpiplaw.com* |
| Elizabeth H. Schierman (ISB #7208) | Matthew Prebeg (Texas Bar No. 00791465) |
| *Email: schierman@dykaslaw.com* | *Email: mprebeg@gfpiplaw.com* |
| DYKAS, SHAVER & NIPPER, LLP | Stephen W. Abbott (Texas Bar No. 00795933) |
| P.O. Box 877 | *Email: sabbott@gfpiplaw.com* |
| Boise, Idaho 83701-0877 | Wendy L. Boone (Texas Bar No. 24047310) |
| Telephone: (208) 345-1122 | *Email: wboone@gfpiplaw.com* |
| Facsimile: (888) 388-6035 | GOLDSTEIN, FAUCETT & PREBEG L.L.P. |
| | 1177 West Loop South, Suite 400 |
| | Houston, Texas 77027 |
| | Telephone: (713) 877-1515 |
| | Facsimile: (713) 877-1737 |

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| 55 BRAKE, L.L.C., | ) |
| Plaintiff, | ) **DECLARATION OF STEPHEN W.** |
| | ) **ABBOTT IN SUPPORT OF 55 BRAKE,** |
| | ) **L.L.C.'S MOTION FOR SUMMARY** |
| v. | ) **JUDGMENT OF NO INEQUITABLE** |
| | ) **CONDUCT** |
| AUDI OF AMERICA, INC., *et al.*, | ) |
| | ) Case No. CV 1:08-cv-00177-BLW |
| Defendants. | ) |

I, Stephen W. Abbott, declare as follows:

I am a partner with the law firm of Goldstein, Faucett & Prebeg, L.L.P., counsel for plaintiff 55 Brake, L.L.C., in the above-captioned action, and have been admitted *pro hac vice* to appear and participate in this case on behalf of 55 Brake, L.L.C.

I am a member in good standing of the bar of the State of Texas.

I submit this declaration in support of 55 Brake, L.L.C.'s Motion for Summary Judgment of No Inequitable Conduct.

1. Attached hereto as Exhibit 1 is a true and correct copy of United States Patent No. 6,450,587 to MacGregor *et al*.

2. Attached hereto as Exhibit 2 is a true and correct copy of Defendant Volkswagen Group of America, Inc's ("VGA") Amended Answer and Counterclaim (filed under seal).

3. Attached hereto as Exhibit 3 is a true and correct copy of the Patent and Trademark Office's June 3, 2008, Corrected Decision on the Petition to Accept Unintentionally Delayed Payment of Maintenance Fee in an Expired Patent.

4. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from Mr. David MacGregor's confidential deposition transcript (filed under seal).

5. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from Mr. Jeffrey Fletcher's deposition transcript.

6. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from Mr. Joe M. Holmes's confidential deposition transcript (filed under seal).

6.1 Attached hereto as Exhibit 6.1 is a true and correct copy of a redacted email from Joseph Coppola of the Honnigman Firm to Mr. David MacGregor (filed under seal).

7. Attached hereto as Exhibit 7 is a true and correct copy of excerpts from Mr. Robert Epstein's deposition transcript.

8. Attached hereto as Exhibit 8 is a true and correct copy of excerpts from Mr. Gary Babbitt's deposition transcript.

9. Attached hereto as Exhibit 9 is a true and correct copy of email correspondence, including Mr. Gary Babbitt's email summarizing interviews conducted of current and former members of 55 Brake bearing Deposition Exhibit No. 102.

10. Attached hereto as Exhibit 10 is a true and correct copy of the Petition to Accept Unintentionally Delayed Payment of Maintenance Fee in an Expired Patent was filed with the PTO on August 14, 2007 bearing Deposition Exhibit No. 94.

11. Attached hereto as Exhibit 11 is a true and correct copy of excerpts of the Information Disclosure Statement filed with the PTO on December 26, 2000, bearing Deposition Exhibit No. 134 bearing bates numbers VWGOA 24939-24941.

12. Attached hereto as Exhibit 12 is a true and correct copy of the Second Information Disclosure Statement filed with the PTO on July 30, 2001, bearing Deposition Exhibit No. 134 bearing bates numbers VWGOA 249888-24993.

13. Attached hereto as Exhibit 13 is a true and correct copy of excerpts from Ms. Barbara Pedersen's deposition transcript.

14. Attached hereto as Exhibit 14 is a true and correct copy of excerpts from Mr. Sven Evers's deposition transcript.

I declare under penalty of perjury that to the best of my knowledge, the foregoing is true and correct.

  /s/ Stephen W. Abbott_____
Stephen W. Abbott

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 13th day of September 2010, I filed the foregoing **DECLARATION OF STEPHEN W. ABBOTT IN SUPPORT OF 55 BRAKE, L.L.C.'S MOTION FOR SUMMARY JUDGMENT OF NO INEQUITABLE CONDUCT** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Frank J. Dykas<br>frank@dykaslaw.com<br>***55 Brake, LLC*** | Elizabeth H. Schierman<br>schierman@dykaslaw.com<br>***55 Brake, LLC*** |
| Mark Hannemann<br>mhannemann@kenyon.com<br>***Volkswagen Group of America, Inc.*** | Philip J. McCabe<br>pmccabe@kenyon.com<br>***Volkswagen Group of America, Inc.*** |
| Michael J. Lennon<br>mlennon@kenyon.com<br>***Volkswagen Group of America, Inc.*** | Susan Smith<br>ssmith@kenyon.com<br>***Volkswagen Group of America, Inc.*** |
| Georg C. Reitboeck<br>greitboeck@kenyon.com<br>***Volkswagen Group of America, Inc.*** | Stephen R. Thomas<br>srt@moffatt.com<br>***Volkswagen Group of America, Inc.*** |
| | Tyler J. Anderson<br>tya@moffatt.com<br>***Volkswagen Group of America, Inc.*** |

  /s/ Stephen W. Abbott_____
Stephen W. Abbott