IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| 55 BRAKE, L.L.C., | ) | |
| | ) | Civ. No. 08-0177-S-BLW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| | ) | |
| | ) | |
| AUDI OF AMERICA, INC., et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Finding good cause therefore,

NOW THEREFORE IT IS HEREBY ORDERED, that the stipulation and joint motion to admit certain exhibits (docket no. 196) is GRANTED, and that the following exhibits are ADMITTED (The thousand series from plaintiff and the 2000 series from defendants, some of these being duplicates): 1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009, 1017, 1019, 1020, 1021, 1022, 1023, 1024, 1025, 1026, 1027, 1028, 1029, 1030, 1031, 1032, 1033, 1034, 1035, 1036, 1037, 1038, 1039, 1040, 1041, 1041-1, 1042, 1043, 1044, 1046, 1048, 1049, 1051, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2020, 2021, 2022, 2023, 2024, 2025, 2026, 2027, 2028, 2029, 2030, 2031, 2032, 2033, 2034, 2035, 2036, 2037, 2038, 2040, 2041, 2042, 2043, 2044, 2045, 2046, 2047, 2048, 2049, 2050, 2051, 2052, 2056, 2059, 2060, 2063, 2065, 2066, 2067, 2069, 2070, 2071,

2072, 2073, 2074, 2075, 2076, 2077, 2078, 2079, 2080, 2081, 2082, 2083, 2084, 2085, 2086, 2087, 2088, 2089, 2090, 2091, 2092, 2093, 2094, 2095, 2096, 2098, 2099, 2100, 2101, 2102, 2103, 2104, 2105, 2106, 2107, 2108, 2109, 2110, 2111, 2112, 2113, 2114, 2115, 2116, 2117, 2118, 2119, 2120, 2121, 2122, 2123, 2124, 2125, 2126, 2127, 2128, 2129, 2130, 2131, 2132, 2134, 2135.



DATED: **March 21, 2011**

B. LYNN WINMILL
Chief Judge
United States District Court